No. WR-75,795-04

In The
Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 2 & 2015

Abel Acosta, Clerk

Ex Parte                           §

    Randolph Lee Nobles         §         The State of Texas

        vs.                     §

---

From Appeal No. WR-75,795-04
Trial Cause No. 10-03-048-CRW-D
Wilson County

## Motion for Extension of Time to File
## Petition for Discretionary Review

To The Honorable Judges of the Court of Criminal Appeals:

Comes now, Randolph Lee Nobles, Petitioner, and files this Motion for an Extension of 25 days in which to file a Petition for Discretionary Review. In support of this motion, Appellant shows the Court the following:

### I.

The Petitioner was convicted in the 218th District Court at Wilson County, Texas, of the offense of Arson in Cause No. 10-03-00048-CRW-D, styled State of Texas vs. Randolph Lee Nobles. The Petitioner appealed to the Court of Appeals, 4th Supreme Judicial District. The case was affirmed on December 17, 2014.

### II.

The present deadline for filing the Petition for Discretion-

1.

ary Review is January 17, 2015. Petitioner timely requested an extension of time prior to this request on January 5, 2015, but was rejected for not being presented in proper form. Petitioner is illiterate and amends this Motion for Extension of Time and resubmits it. Petitioner prays the Court will accept it even though it is now untimely. Petition for Discretionary Review has already been sent to the Court as of January 21, 2015. Petitioner had requested extension to January 31, 2015, and now requests subsequent amended Motion for Extension of Time to File Petition for Discretionary Review be until February 10, 2015, since the Petition has been sent and may be returned prior to this motion being granted.

Prayer

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. WR-75,795-04 to February 10, 2015.

Randolph Lee Nobles
Petitioner, Pro Se
TDCJ-ID No. 01686000

Certificate of Service

I certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Petition for Discretionary Review has been forwarded by U. S. Mail, postage paid, First Class, to the Attorney for State, Rena Pena, at 1327 3rd St, Floresville, Texas 78114, on this the __22__ day of January, 2015.

Randolph Lee Nobles
Petitioner, Pro Se
TDCJ-ID No. 01686000

2.

## Certification

I, Randolph Lee Nobles, TDCJ-ID No. 01686000, being presently incarcerated in the Sanders Estes Unit of TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Private Facility, in Johnson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on this the __22__ day of January, 2015.

_R. L. Nobles_

Randolph Lee Nobles
Petitioner, Pro Se
TDCJ-ID No. 01686000

3.